IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES B. ANDERSON, JR.,
    Plaintiff,

vs.                                      Case No.:  5:16cv57/MMP/EMT

DR. MIGUEL CINTRON
and H.S.A. RYLES,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 28 U.S.C. § 1331 or § 1346 (ECF No. 1).  By order of this court dated April 18, 2016, Plaintiff was given thirty (30) days in which to submit certain documents to enable the court to attempt service of process upon Defendants (*see* ECF No. 9).  The court subsequently extended the deadline for Plaintiff's compliance to July 1, 2016 (ECF No. 12).  Plaintiff failed to provide the service documents by the extended deadline; therefore, on July 8, 2016, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 13).  The time for compliance with the show cause

order has now elapsed, and Plaintiff has failed to submit the service documents or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 16<u>th</u> day of August 2016.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 5:16cv57/MMP/EMT